

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH DARREL BARNHILL,

    Plaintiff,

  v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO.: 2:20-cv-96

# O R D E R

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve and for the Reissuance of Summonses.  Doc. 8.  Plaintiff requests an additional 30 days' time to serve the United States Attorney, the Office of Regional Chief Counsel, and the United States Attorney General.  Plaintiff cites his counsel's efforts to contact the United States Marshals Service regarding the status of service.  Id. at 1–2.  Plaintiff also asks this Court to direct the Clerk of Court to reissue the summonses in this case so he can effectuate service himself.  Id. at 2.

Upon review, the Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion.  This Court granted Plaintiff *in forma pauperis* status, doc. 6, and directed the United States Marshals Service to serve Defendant, the United States Attorney General, and the United States Attorney for the Southern District of Georgia.  Doc. 7.  The United States Marshals Service notified Plaintiff it has not received any returns in this case and asked whether he would like a second attempt made.  Doc. 8-1 at 2.  The United States Marshals Service should effectuate service.

This Court once again **DIRECTS** the United States Marshals Service to serve Defendant, the United States Attorney General, and the United States Attorney for the Southern District of Georgia. The Court provides another 30 days for the United States Marshals Service to effectuate service, **up to and including January 14, 2021**. Plaintiff has demonstrated diligence in pursuing service of process and is under no obligation to serve summonses at this time. Furthermore, any failure to have service effectuated by this extended deadline shall not be attributed to Plaintiff, and if service is effectuated during this extended period, service will be deemed timely.

      **SO ORDERED**, this 4th day of December, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA